# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** | **Misc. Nos. 08-MC-442 (TFH)** |
| **GUANTANAMO BAY** | **Civil Action Nos.** |
| **DETAINEE LITIGATION** | |
| | **08-CV-1185, 08-CV-1207, 08-CV-1223, 08-CV-1224, 08-CV-1227, 08-CV-1228, 08-CV-1229, 08-CV-1230, 08-CV-1231, 08-CV-1232, 08-CV-1233, 08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238, 08-CV-1360** |

## ORDER

By August 22, 2008, counsel for the petitioners in each of the following cases[1] shall each file a concise report summarizing the status of the case: 08-cv-1185; 08-cv-1207; 08-cv-1223; 08-cv-1224; 08-cv-1227; 08-cv-1228; 08-cv-1229; 08-cv-1230; 08-cv-1231; 08-cv-1232; 08-cv-1233; 08-cv-1235; 08-cv-1236; 08-cv-1237; and 08-cv-1238.

Additionally, by August 22, 2008, the parties in 08-cv-1360 shall each file a concise report summarizing the status of the case.

**SO ORDERED**.

August 15, 2008

_____
/s/
Thomas F. Hogan
United States District Judge

---

[1] On August 8, 2008, Chief Judge Royce C. Lamberth appointed the Office of the Federal Public Defender for the Northern District of Ohio to represent the petitioners in 08-cv-1230 (docket # 8), 08-cv-1231 (docket # 7), 08-cv-1233 (docket # 8), and 08-cv-1236 (docket # 7). No counsel, however, has yet entered a notice of appearance in those matters.