IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR )<br><br>　　　Detainee, )<br><br>　　　　　　Petitioner, )<br>　v. )<br><br>GEORGE W. BUSH, et al., )<br><br>　　　　　　Respondents. ) | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-1236 |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

　　Please enter the appearance of the following counsel in this case on behalf of Petitioner

Muieen Adeen Jamal Adeen Abd Al F. Abd Al Sattar:

　　JACQUELINE A. JOHNSON (LCvR 83.2(e)) (Ohio Bar No. 0025606)
　　First Assistant Federal Public Defender
　　Office of the Federal Public Defender,
　　　　Northern District of Ohio
　　1660 West Second Street, Suite 750
　　Cleveland, Ohio 44113
　　Telephone: (216) 522-4856; Fax: (216) 522-4321
　　Email: jacqueline_johnson@fd.org


　　VICKI WERNEKE (LCvR 83.2(e)) (Oklahoma Bar No. 13441)
　　Assistant Federal Public Defender
　　Office of the Federal Public Defender,
　　　　Northern District of Ohio
　　1660 West Second Street, Suite 750
　　Cleveland, Ohio 44113
　　Telephone: (216) 522-4856; Fax: (216) 522-4321
　　Email: vicki_werneke@fd.org

AMY B. CLEARY (LCvR 83.2(e)) (Ohio Bar No. 0068425)
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: amy_cleary@fd.org

Undersigned counsel are employees of the Office of the Federal Public Defender, Northern District of Ohio, and thus are eligible to appear and practice in this Court pursuant to LCvR 83.2(e). Undersigned counsel also certify, pursuant to LCvR 83.2(g), that they are representing Petitioner without compensation.

August 21, 2008                                             Respectfully submitted,


                                              */s/ Jacqueline A. Johnson*
JACQUELINE A. JOHNSON (LCvR 83.2(e))
First Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: jacqueline_johnson@fd.org

*/s/ Vicki Werneke*
VICKI WERNEKE (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: vicki_werneke@fd.org

*/s/ Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,

Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  amy_cleary@fd.org