IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, | ) ) ) ) | |
| Detainee, | ) ) | |
| Petitioner, | ) ) | Civil Action No. 08-1236 |
| v. | ) ) | |
| GEORGE W. BUSH, et al., | ) ) | |
| Respondents. | ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court:

Please enter the appearance of the following counsel in this case on behalf of Petitioner Muieen Adeen Jamal Adeen Abd Al F. Abd Al Sattar:

AMY B. CLEARY (LCvR 83.2(e)) (Ohio Bar No. 0068425)
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: amy_cleary@fd.org

Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that she is representing Petitioner without compensation.

August 21, 2008                                    */s/ Amy B. Cleary*
                                                   AMY B. CLEARY (LCvR 83.2(e))
                                                   Attorney at Law
                                                   Office of the Federal Public Defender,
                                                          Northern District of Ohio
                                                   1660 West Second Street, Suite 750
                                                   Cleveland, Ohio 44113
                                                   Telephone: (216) 522-4856; Fax: (216) 522-4321
                                                   Email: amy_cleary@fd.org