## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
|  | ) |  |
| MUIEEN ADEEN JAMAL ADEEN | ) |  |
| ABD AL F. ABD AL SATTAR | ) |  |
|  | ) |  |
| Detainee, | ) |  |
|  | ) |  |
| Petitioner, | ) | Civil Action No. 08-1236 |
| v. | ) |  |
|  | ) |  |
| GEORGE W. BUSH, et al., | ) |  |
|  | ) |  |
| Respondents. | ) |  |
|  | ) |  |

---

### NOTICE OF APPEARANCE

To the Clerk of this Court:

      Please enter the appearance of the following counsel in this case on behalf of Petitioner

Muieen Adeen Jamal Adeen Abd Al F. Abd Al Sattar:

      VICKI WERNEKE (LCvR 83.2(e)) (Oklahoma Bar No. 13441)
      Assistant Federal Public Defender
      Office of the Federal Public Defender,
         Northern District of Ohio
      1660 West Second Street, Suite 750
      Cleveland, Ohio 44113
      Telephone: (216) 522-4856; Fax: (216) 522-4321
      Email:  vicki_werneke@fd.org

      Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern

District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that she is representing Petitioner

without compensation.


August 21, 2008                          Respectfully submitted,

                                         */s/ Vicki Werneke*
                                         VICKI WERNEKE (LCvR 83.2(e))
                                         Assistant Federal Public Defender
                                         Office of the Federal Public Defender,
                                             Northern District of Ohio
                                         1660 West Second Street, Suite 750
                                         Cleveland, Ohio 44113
                                         Telephone: (216) 522-4856; Fax: (216) 522-4321
                                         Email:  vicki_werneke@fd.org