IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR  Petitioner,  v.  GEORGE W. BUSH, et al., Respondents. | Civil Action No. 08-CV-1085 (PLF) |
| SHAWALI KHAN  Petitioner,  v.  GEORGE W. BUSH, et al., Respondents. | Civil Action No. 08-CV-1101 (JDB) |
| BASHIR GHALAAB  Petitioner,  v.  GEORGE W. BUSH, et al., Respondents. | Civil Action No. 08-CV-1104 (CKK) |
| AHMED MOHAMMED ABDULLAH AL HAKIMI  Petitioner,  v.  GEORGE W. BUSH, et al., Respondents. | Civil Action No. 08-CV-1111 (EGS) |

| | | |
|---|---|---|
| MOHAMMED SULAYMON BARRE | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1153 (HHK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| OBAYDULLAH | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1173 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| MOHAMMED ABD AL QADIR | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1185 (HHK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| AHMED KHALFAN GHAILANI | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1190 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |

| | |
|---|---|
| ABD AL-RAHIM HUSSAIN ) <br> MOHAMMED AL-NASHIRI ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1207 (RWR) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> SHAKHRUKH HAMIDUVA ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1221 (CKK) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> SHARIFULLAH ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1222 (EGS) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> MAHBUB RAHMAN ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1223 (JR) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) | |

| | | |
|---|---|---|
| AWAL GUL | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
|     Respondents. | ) | |
| _____ | ) | |
| FNU HAFIZULLAH | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1227 (ESH) |
| GEORGE W. BUSH, et al., | ) | |
|     Respondents. | ) | |
| _____ | ) | |
| SALEM AHMED HADI | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1228 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
|     Respondents. | ) | |
| _____ | ) | |
| YAKUBI | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1229 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
|     Respondents. | ) | |
| _____ | ) | |

| | |
|---|---|
| KAHLID SAAD MOHAMMED )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>      )<br>GEORGE W. BUSH, <u>et al.</u>, )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1230 (RMC) |
| ABDULLAH ALHAMIRI )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>      )<br>GEORGE W. BUSH, <u>et al.</u>, )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1231 (CKK) |
| MAHMMOUD OMAR MOHAMMED )<br>BIN ATEF )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>      )<br>GEORGE W. BUSH, <u>et al.</u>, )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1232 (JR) |
| MANSOOR MUHAMMED ALI QATTAA )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>      )<br>GEORGE W. BUSH, <u>et al.</u>, )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1233 (ESH) |

| | | |
|---|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1234 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| AHMED YASLAM SAID KUMAN | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| MUTEEN ADEEN JAMAL ABD AL FUSAL ABD AL SATTAR, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1236 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) ) | |
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |

-6-

| | | |
|---|---|---|
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| GHAFFAR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1310 (RMU) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| ZAYN AL ABIDIN MUHAMMAD HUSAYN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1360 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MOHAMMED ABDULMALIK | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1440 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents in the above-captioned cases:

>TERRY M. HENRY
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7212
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 514-4107

Dated: August 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

　/s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents