UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR,**<br>  Petitioner,<br><br>                    v.<br><br>**BARACK H. OBAMA, et al.,**<br>  Respondents. | Civil Action No.  08-1236 (JDB) |

## ORDER

Upon consideration of the motion for direct contact with petitioner, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED in part**.  It is further

**ORDERED** that respondents shall take whatever steps are necessary to ensure that counsel for petitioner is permitted a face-to-face visit with petitioner during counsel's visit to the Guantanamo Bay Naval Base the week of September 21, 2009.  Any other meetings with petitioner shall be governed by the normal procedures in place at the Guantanamo Bay Naval Base.  It is further

**ORDERED** that the meeting ordered above shall take place at a designated "meeting place," as that term is used in paragraph 6 of the declaration of Commander Don A. Martin (attached as Ex. 1 to Resps.' Opp. to Pet'r's Mot. for Direct Contact).  It is further

**ORDERED** that if respondents conclude that petitioner is likely to reject requests for a face-to-face meeting with counsel, they may transfer him to the designated meeting place without informing him of the purpose of the transfer.  Moreover, if respondents believe that petitioner may become violent during his face-to-face meeting with counsel, they shall take whatever steps are necessary to ensure that petitioner's counsel's safety is not endangered during

the meeting with petitioner.  It is further

**ORDERED** that petitioner's counsel shall file a status report -- in writing and by not later than October 15, 2009 -- advising whether petitioner has agreed to representation and to pursue the present habeas petition.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:     September 2, 2009