## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR,**<br><br>  Petitioner,<br><br>              v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>  Respondents. | Civil Action No.  08-1236 (JDB) |

### ORDER

Petitioner requests that the Court "clarify its Order of November 20, 2009, to allow the continued appointment of the Office of the Federal Public Defender to represent Mr. Sattar." Pet'r's Request for Clarification of November 20, 2009 Order [Docket Entry 148], at 2.  Properly labeled, this request seeks reconsideration of the Court's earlier order.  Such relief is not warranted.

The Court appreciates the Federal Public Defender's zealous representation of Al Sattar's interests.  Nevertheless, Al Sattar has repeatedly refused even to meet with his appointed counsel, let alone to authorize counsel to represent him.  "Indeed, Al Sattar has given no indication during the almost three-year pendency of his case that he wishes this habeas action to proceed."  October 21, 2009 Memorandum and Order [Docket Entry 146], at 3.  Accordingly, the Court dismissed Al Sattar's habeas petition on October 21, 2009, without prejudice.  The Court will not continue the Federal Public Defender's appointment as Al Sattar's counsel beyond its expiration on December 10, 2009, in the face of his continued refusal to pursue his habeas claim.  If, in the future, Al Sattar wishes to seek habeas relief, he may do so.  The Court will again appoint counsel at that time.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: December 4, 2009